AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ambro, Thomas L. | U.S. Court of Appeals, 3rd Cir | 05/14/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Federal Courthouse
844 N. King Street, Lock Box 32
Wilmington, DE 19801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Thomas L. Ambro Revocable Trust |
| 2. | Member (Emeritus) | Georgetown University Alumni Admissions Program Board of Advisors |
| 3. | Member | Georgetown University Northern Delaware Alumni Admissions Program |
| 4. | Member | Board of Editors, Delaware Lawyer |
| 5. | Member (Emeritus) | TriBar Opinion Committee |
| 6. | Member, Advisory Board | Working Group on Legal Opinions Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Georgetown University - teaching | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York University | May 15-16, 2017 | New York City, NY | Seligman Lecture | Transportation, Lodging |
| 2. | Georgetown University | September 10-11, 2017 | Washington, DC | Teaching Class | Transportation |
| 3. | Georgetown University | September 16-18, 2017 | Washington, DC | Teaching Class | Transportation |
| 4. | Georgetown University | September 24-26, 2017 | Washington, DC | Teaching Class | Transportation |
| 5. | Georgetown University | October 1-2, 2017 | Washington, DC | Teaching Class | Transportation |
| 6. | Georgetown University | October 15-16, 2017 | Washington, DC | Teaching Class | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Georgetown University | October 21-23, 2017 | Washington, DC | Teaching Class | Transportation |
| 8. | Georgetown University | October 25, 2017 | Washington, DC | Teaching Class | Transportation |
| 9. | Georgetown University | October 29-30, 2017 | Washington, DC | Teaching Class | Transportation |
| 10. | Georgetown University | November 5-6, 2017 | Washington, DC | Teaching Class | Transportation |
| 11. | Georgetown University | November 12-13, 2017 | Washington, DC | Teaching Class | Transportation |
| 12. | Georgetown University | November 17, 2017 | Washington, DC | Teaching Class | Transportation |
| 13. | Georgetown University | November 19-20, 2017 | Washington, DC | Teaching Class | Transportation |
| 14. | Georgetown University | November 26-27, 2017 | Washington, DC | Teaching Class | Transportation |
| 15. | Georgetown University | December 3-4, 2017 | Washington, DC | Teaching Class | Transportation |
| 16. | Georgetown University | December 10-11, 2017 | Washington, DC | Teaching Class | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 96) | P1 |
| 2. | TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 96) | P1 |
| 3. | TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 96) | P1 |
| 4. | PNC Bank, N.A. | Non-Recourse Guaranty and Suretyship Agreement (Part VII, Line 98) | P1 |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M&T Bank Account | | None | L | T | | | | | |
| 2. M&T Bank Account | | None | J | T | | | | | |
| 3. Trust Account #6 (H) | | | | | | | | | |
| 4. - Harris Assoc Oakmark I | D | Dividend | M | T | Sold (part) | 03/13/17 | J | A | |
| 5. | | | | | Sold (part) | 07/11/17 | J | B | |
| 6. - Wells Fargo Bank, N.A. Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 7. IRA Account #2 (H) | | | | | | | | | |
| 8. - Fairholme Fund | B | Dividend | M | T | | | | | |
| 9. - Dodge & Cox Intl Stock FD | A | Dividend | L | T | | | | | |
| 10. - Federated Strategic Value Dividend FD | D | Dividend | L | T | | | | | |
| 11. - Natixis FDS TR I Oakmark Intl FD | A | Dividend | K | T | | | | | |
| 12. - Brandes Invt TR Instl Emerging Mkts FD | A | Dividend | K | T | | | | | |
| 13. - Matthews Asia Dividend FD | B | Dividend | K | T | | | | | |
| 14. - Primecap Odyssey FDS Aggressive Growth FD | A | Dividend | L | T | Sold (part) | 08/25/17 | K | C | |
| 15. - Pimco Equity SER | C | Dividend | L | T | | | | | |
| 16. - Neuberger Berman Alternative FDS | | None | L | T | | | | | |
| 17. - Primecap Odyssey Growth | A | Dividend | L | T | Sold (part) | 08/25/17 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Virtus Emerging Markets Opportunities Fund | A | Dividend | K | T | | | | | |
| 19. - JP Morgan TR I Strategic Income Opportunity | C | Dividend | M | T | Buy (add'l) | 06/22/17 | K | | |
| 20. - Dodge & Cox Stock FD | C | Dividend | L | T | | | | | |
| 21. - Dodge & Cox Income FD | C | Dividend | M | T | Buy (add'l) | 06/22/17 | K | | |
| 22. - Doubleline FDS TR Total Return BD FD | C | Dividend | M | T | Buy (add'l) | 06/22/17 | K | | |
| 23. - Harris Assoc Invt TR Oakmark Global Select FD | D | Dividend | M | T | | | | | |
| 24. - Federated Equity FDS Intl Strategic Value Div FD | B | Dividend | K | T | | | | | |
| 25. - Saratoga Advantage TR James Alpha Glbl Real Estate Invst | D | Dividend | L | T | | | | | |
| 26. - Lord Abbett Investment TR Short Duration Income | B | Dividend | | | Sold | 02/28/17 | M | | |
| 27. - T Rowe Price New Era Fund | A | Dividend | K | T | Sold (part) | 01/13/17 | J | A | |
| 28. - Steelpath MLP FDS TR Oppenheimer | B | Dividend | K | T | | | | | |
| 29. - Artisan Partners FDS Inc Global Value FD Adv | B | Dividend | L | T | | | | | |
| 30. - Guggenheim FDS TR Macro Opportunities FD Instl CL | B | Dividend | L | T | Buy | 06/22/17 | L | | |
| 31. - Kinetics MUT FDS INC Paradigm Fund Instl CL | | None | J | T | Buy | 10/17/17 | J | | |
| 32. - Kinetics MUT FDS Inc Small Cap Opportunities FD Instl CL | | None | J | T | Buy | 10/17/17 | J | | |
| 33. - Pimco Low Duration Income Fund | D | Dividend | M | T | Buy | 03/02/17 | M | | |
| 34. | | | | | Sold (part) | 07/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 07/18/17 | K | A | |
| 36. | | | | | Sold (part) | 07/19/17 | J | A | |
| 37.  - Pimco FDS Income FD Instl CL | B | Dividend | L | T | Buy | 06/22/17 | L | | |
| 38.  - Trust for Advised port Miller Opportynity TR | | None | K | T | Buy | 07/18/17 | K | | |
| 39.  - Artisan Intl Small Cap Fund Investor Series | C | Dividend | K | T | Open | 08/03/17 | K | | |
| 40.  - Brown Cap Mgmt Small Co FD Instl CL | A | Dividend | J | T | Open | 08/03/17 | J | | |
| 41.  - Devon Entergy Corp | A | Dividend | J | T | Open | 08/03/17 | J | | |
| 42.  - Fairholme FDS In Fosused Income Fund | D | Dividend | L | T | Open | 08/03/17 | L | | |
| 43.  - Oakmark International Small Cap FD Advisor CL | A | Dividend | K | T | Open | 08/03/17 | K | | |
| 44.  - Knot Offshore Partners LP | B | Dividend | M | T | Open | 08/03/17 | M | | |
| 45.  - Marine Harvest Asaspon Adr | B | Dividend | K | T | Open | 08/03/17 | K | | |
| 46.  - Matthews Intl FD Asian Growth & Income FD | C | Dividend | L | T | Open | 08/03/17 | L | | |
| 47.  - Miller Invt Trust Convertible BD FD | E | Dividend | O | T | Open | 08/03/17 | O | | |
| 48.  - Professionally Managed Portfolio CL Instl Hodges Small Cap | B | Dividend | J | T | Open | 08/03/17 | J | | |
| 49.  - Rex Energy Corp | | None | J | T | Open | 08/03/17 | J | | |
| 50.  - Sunoco LP | C | Distribution | L | T | Open | 08/03/17 | L | | |
| 51.  - Vanguard Specialized Energy FD Admiral Shares | A | Dividend | J | T | Open | 08/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Trust Account #12 (H) | | | | | | | | | |
| 53. - Fairholme Fund | C | Dividend | L | T | | | | | |
| 54. - Dodge & Cox Intl Stock FD | A | Dividend | K | T | Buy (add'l) | 06/26/17 | J | | |
| 55. - Matthews Asia Dividend FD | B | Dividend | K | T | Buy (add'l) | 06/26/17 | J | | |
| 56. - Primecap Odyssey FDS Aggressive Growth FD | A | Dividend | L | T | Buy (add'l) | 01/05/17 | J | | |
| 57. | | | | | Buy (add'l) | 02/08/17 | J | | |
| 58. | | | | | Sold (part) | 02/28/17 | J | B | |
| 59. - Dodge & Cox Stock Fund | C | Dividend | L | T | | | | | |
| 60. - Wells Fargo Bank, N.A.Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 61. - Saratoga Advantage TR James Alpha Glbl Real Estate | B | Dividend | K | T | | | | | |
| 62. - Pimco Multi-MGR Short Duration Muni Inc Fund Inst CL | B | Dividend | L | T | Buy (add'l) | 04/05/17 | J | | |
| 63. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 64. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 65. | | | | | Sold (part) | 06/06/17 | K | | |
| 66. | | | | | Sold (part) | 06/22/17 | K | A | |
| 67. | | | | | Buy (add'l) | 06/26/17 | M | | |
| 68. | | | | | Buy (add'l) | 07/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 07/18/17 | J | | |
| 70. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 71. | | | | | Sold (part) | 08/03/17 | J | | |
| 72. | | | | | Sold (part) | 08/09/17 | J | | |
| 73. | | | | | Sold (part) | 08/28/17 | J | | |
| 74. | | | | | Sold (part) | 08/29/17 | J | | |
| 75. | | | | | Buy (add'l) | 09/05/17 | J | | |
| 76. | | | | | Sold (part) | 09/21/17 | K | | |
| 77. | | | | | Buy (add'l) | 10/05/17 | J | | |
| 78. | | | | | Buy (add'l) | 11/06/17 | J | | |
| 79. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 80. | | | | | Sold (part) | 12/15/17 | J | | |
| 81. - Pimco Low Duration Income Fund | A | Dividend | | | Open | 03/13/17 | J | | |
| 82. | | | | | Sold | 06/06/17 | J | A | |
| 83. - American Funds Developing World Growth & Income FD | A | Dividend | J | T | Buy | 05/25/17 | J | | |
| 84. - Artisan Intl Small Cap Fund Investor Series | C | Dividend | K | T | Buy | 06/26/17 | K | | |
| 85. - Oakmark Global Select Fund Advisor Class | A | Dividend | L | T | Buy | 06/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Oakmark International Small Cap FD Advisor CL | B | Dividend | K | T | Buy | 06/26/17 | K | | |
| 87. - Matthews Intl FD Asain Growth & Income FD | A | Dividend | K | T | Buy | 06/26/17 | J | | |
| 88. - Nuveen Muni TR HIgh Yield Mun BD FD | C | Dividend | M | T | Buy | 06/26/17 | L | | |
| 89. - Virtus Funds Vontobel Emerging Mkts Opportunities FD | A | Dividend | K | T | Buy | 06/26/17 | J | | |
| 90. - Ensco Plc | A | Dividend | K | T | Buy | 08/03/17 | J | | |
| 91. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 92. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 93. -Brown Cap Mgmt Mut FDS Brown Cap Mgmt Small Co FD | A | Dividend | J | T | Open | 08/03/17 | J | | |
| 94. - BHP Billiton LTF Spon Adr | A | Dividend | K | T | Open | 08/03/17 | J | | |
| 95. - Cabot Oil & Gas | A | Dividend | K | T | Open | 08/03/17 | K | | |
| 96. - Enbridge Inc | A | Dividend | K | T | Open | 08/03/17 | K | | |
| 97. - Enterprise Products Partners | A | Distribution | K | T | Open | 08/03/17 | K | | |
| 98. - Energy Trsnsfer Partners | | None | K | T | Buy | 12/01/17 | K | | |
| 99. - Johnson & Johnson | A | Dividend | K | T | Open | 08/03/17 | K | | |
| 100. - Mdeley Capital Corp | B | Dividend | K | T | Open | 08/03/17 | K | | |
| 101. - Microsoft Corp | A | Dividend | L | T | Open | 08/03/17 | L | | |
| 102. - National Oil Well Varco Inc | A | Dividend | J | T | Open | 08/03/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Natixis FDS TR II Vaughan Nelson Select FD CL Y | B | Dividend | K | T | Open | 08/03/17 | K | | |
| 104. - Natixis Fund Trust II Vaughan Nelson Value Class Y | A | Dividend | J | T | Open | 08/03/17 | J | | |
| 105. - Plains GP Holdings LP | A | Dividend | J | T | Open | 08/03/17 | J | | |
| 106. - Range Resources | A | Dividend | J | T | Open | 08/03/17 | J | | |
| 107. - Rex Energy | | None | J | T | Open | 08/03/17 | J | | |
| 108. - Rio Tinto Plc Spon Adr | A | Dividend | K | T | Open | 08/03/17 | K | | |
| 109. - South32 LTD Spon | A | Dividend | J | T | Open | 08/03/17 | J | | |
| 110. - Southwestern Energy Co | | None | K | T | Open | 08/03/17 | K | | |
| 111. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 112. - USA Compression Partners LP Com | A | Distribution | K | T | Open | 08/03/17 | K | | |
| 113. - Vanguard Funds Dividend Growth Fund Investor Class | A | Dividend | J | T | Open | 08/03/17 | J | | |
| 114. - Vanguard Sprcialized Portfolios Energy Port Investor Class | B | Dividend | L | T | Open | 08/03/17 | L | | |
| 115. - Weatherford International PLC WFT | | None | J | T | Open | 08/03/17 | J | | |
| 116. - WSFS Financial Corp | A | Dividend | J | T | Open | 08/03/17 | J | | |
| 117. Springside, LLC (2000 - $300,000, 2012-$20,123) | A | Interest | P1 | W | | | | | |
| 118. Middletown Professional Properties, LLC, (2004 - $80,925) | D | Rent | | | Sold | 06/14/17 | P1 | G | Debra Delaware LP |
| 119. Trust #15 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Johnson & Johnson | A | Dividend | | | | | | | |
| 121. - Microsoft Corp | A | Dividend | | | | | | | |
| 122. - Range Resources Corp | A | Dividend | | | | | | | |
| 123. - Rex Energy Corp | | None | | | | | | | |
| 124. - Fairholme FDS Inc | | None | | | Buy (add'l) | 03/13/17 | J | | |
| 125. - Brown Cap Mgmt Mutual FDS Small Co Fund | | None | | | | | | | |
| 126. - Vanguard Specialized Portfolios Energy Port Investor | A | Dividend | | | | | | | |
| 127. - Medley Capital Corp | B | Dividend | | | | | | | |
| 128. - National Oil Well Varco Inc | A | Dividend | | | | | | | |
| 129. - Enterprise Products Partners | A | Distribution | | | Buy (add'l) | 06/22/17 | J | | |
| 130. - Plains GP Holdings LP | A | Dividend | | | | | | | |
| 131. - Weatherford International PLC | | None | | | | | | | |
| 132. - BHP Billiton LTF Spon ADR | A | Dividend | | | | | | | |
| 133. - Cabot Oil & Gas | A | Dividend | | | | | | | |
| 134. - Rio Tinto PLC Spon ADR | A | Dividend | | | | | | | |
| 135. - South32 LTD Spon | A | Dividend | | | | | | | |
| 136. - Natixis FDS TR II Vaughan Nelson Select FD CL Y | A | Dividend | | | Buy (add'l) | 01/03/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 02/03/17 | J | | |
| 138. | | | | | Sold (part) | 02/28/17 | K | B | |
| 139. - Natixis Funds Trust II Vaughan Nelson Value Class Y | | None | | | | | | | |
| 140. - Midcoast Energy Partners LP | A | Distribution | | | Merged (with line 145) | 04/27/17 | J | | |
| 141. - Spectra Energy Corp | A | Dividend | | | Merged (with line 145) | 02/28/17 | K | | |
| 142. - USA Compression Partners LP | B | Distribution | | | | | | | |
| 143. - Vanguard Funds Dividend Growth Fund Invst CL | A | Dividend | | | | | | | |
| 144. - Wells Fargo Bank, N.A.Bank Deposit Sweep (x) | | None | | | | | | | |
| 145. - Enbridge Inc | A | Dividend | | | | | | | |
| 146. - Pimco Low Duration Income Fund | A | Dividend | | | Buy | 03/03/17 | J | | |
| 147. - WSFS Financial Corp | A | Dividend | | | Buy | 03/13/17 | J | | |
| 148. - Ensco Plc | | None | | | Buy | 06/06/17 | K | | |
| 149. | | | | | Buy (add'l) | 06/22/17 | J | | |
| 150. - Southwestern Energy Co | | None | | | Buy | 07/18/17 | J | | |
| 151. IRA #3 (H) | | | | | | | | | |
| 152. - Devon Energy Corp | A | Dividend | | | | | | | |
| 153. - Exxon Mobil Corp | B | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Brown Cap Mgmt Mut FDS Small Co Fund Inv | | None | | | Sold (part) | 01/20/17 | J | A | |
| 155. | | | | | Sold (part) | 01/23/17 | K | D | |
| 156. | | | | | Sold (part) | 02/28/17 | K | A | |
| 157. - Fairholme FDS Inc | B | Dividend | | | Buy (add'l) | 03/13/17 | K | | |
| 158. - Harris Assoc Invt TR Oakmark Global Select FD | | None | | | Sold (part) | 02/28/17 | K | A | |
| 159. - Professionally Manged Portfolio CL Instl Hodges Small Cap | | None | | | | | | | |
| 160. - Matthews Intl FD Asian Growth & Income FD | A | Dividend | | | | | | | |
| 161. - Rex Energy Corp | | None | | | | | | | |
| 162. - Marine Harvest ASA Sponsored ADR | A | Dividend | | | | | | | |
| 163. - Knot Offshore Partners LP | D | Dividend | | | | | | | |
| 164. - Vanguard Specialized Energy FD Admiral Shares | A | Dividend | | | | | | | |
| 165. - Sunoco LP | C | Dividend | | | | | | | |
| 166. - Miller Invt Trust Convertible BD FD | E | Dividend | | | Sold (part) | 05/01/17 | J | | |
| 167. | | | | | Sold (part) | 05/25/17 | J | | |
| 168. | | | | | Sold (part) | 06/22/17 | N | | |
| 169. - Fairholme FDS IN Focused Income FD | | None | | | Buy (add'l) | 03/13/17 | J | | |
| 170. - Artisan Intl Small Cap Fund Investor Series | | None | | | Buy | 01/23/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 172.  - Harris Assoc Invt TR Oakmark Intl Small Cap FD | | None | | | Buy | 01/23/17 | J | | |
| 173. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 174.  Trust #16 (H) | | | | | | | | | |
| 175.  - Apollo Investment Corp | A | Dividend | J | T | | | | | |
| 176.  - Blackrock Kelso Capital Corp | B | Dividend | K | T | | | | | |
| 177.  - Medley Capital Corp | C | Dividend | K | T | | | | | |
| 178.  - TICC Capital Corp | A | Dividend | | | Sold | 04/04/17 | K | | |
| 179.  - Wells Fargo Bank, N.A.Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 180.  - Golub Cap BDC Inc | C | Dividend | L | T | | | | | |
| 181.  - TPG Specialty Lending Inc | C | Dividend | K | T | | | | | |
| 182.  PCM Family LLC | A | Dividend | M | W | | | | | |
| 183.  The Sequoia Fund | D | Dividend | L | T | Buy (add'l) | 01/03/17 | J | | |
| 184. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 185. | | | | | Buy (add'l) | 03/01/17 | J | | |
| 186. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 187. | | | | | Buy (add'l) | 05/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 189. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 190. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 191. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 192. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 193. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 194. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 195. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 196. Trust #18 (H) | | | | | | | | | |
| 197. - Wells Fargo Bank, N.A.Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 198. - Mc Kinney TX RFDG C/O LTD | | None | | | Sold | 11/07/17 | L | | |
| 199. - West Wilson Util Dist TN WTR WKS Rev | B | Interest | L | T | | | | | |
| 200. - Montana ST BRD Regents High Ed Rev | B | Interest | K | T | | | | | |
| 201. - Ocean Cnty NJ RFDG SER A G/O Unl TD | B | Interest | L | T | | | | | |
| 202. - Port Seattle WA REV RFDG Inter Ser a | B | Interest | L | T | Buy (add'l) | 03/09/17 | J | | |
| 203. - Metropolitan Transn Auth NY Rev | C | Interest | L | T | | | | | |
| 204. - New York NY City Transtnl Fln Auth Bldg Aid Rev | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - New Mexico Fin Auth Rev SR Lien Pub Proj Rvlvng FD Ser C | C | Interest | L | T | | | | | |
| 206. - New York ST Envmntl Facs Corp Rev ST Ser D | B | Interest | L | T | | | | | |
| 207. - Central Puget Sound WA Regl Tran Auth Sales & Use Tax Rev | C | Interest | L | T | | | | | |
| 208. - New York ST Dorm Uth Revs Non ST Supported Debt CPN | B | Interest | L | T | | | | | |
| 209. - Idaho Hlth Facs Suth Rev Trinity Health CR Grp | B | Interest | | | Sold | 07/13/17 | K | B | |
| 210. - USF Fing Corp FL CTF Partn Rfdg Mstr Lse PG Ser | B | Interest | L | T | | | | | |
| 211. - Hawaii St Unrefunded Balance Rfdg Ser Ed | A | Interest | J | T | | | | | |
| 212. - Athens Clarke Cnty GA Uni Govt Dev Auth Rev Rfdg Univ GA | | None | L | T | | | | | |
| 213. - Harris Cnty TX Cultural Ed Facs Fin Corp Med FA CS Rev | | None | K | T | | | | | |
| 214. Trust #19 (H) | | | | | | | | | |
| 215. - Bank Deposit Sweep | A | Int./Div. | J | T | | | | | |
| 216. - iShares Russell 1000 Value FD | A | Dividend | J | T | Sold (part) | 10/10/17 | J | A | |
| 217. - iShares Core S&P 500 Index FD | A | Dividend | L | T | Buy (add'l) | 10/10/17 | J | | |
| 218. - SPDR S&P Intl Small Cap | | None | | | Sold | 10/10/17 | J | B | |
| 219. - Vanguard FTSE Developed Markets ETF | B | Dividend | L | T | Buy (add'l) | 10/10/17 | J | | |
| 220. - Vanguard INTL Equity Index FDS FTSE Emerging MKTS | A | Dividend | K | T | Sold (part) | 10/10/17 | J | A | |
| 221. - Vanguard Mid Cap | A | Dividend | K | T | Sold (part) | 10/10/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Vanguard REIT | A | Dividend | J | T | Sold (part) | 10/10/17 | J | A | |
| 223. - Vanguard Small Cap Value VBR | A | Dividend | J | T | Sold (part) | 10/10/17 | J | A | |
| 224. - Vanguard Small Cap VB | A | Dividend | J | T | Sold (part) | 10/10/17 | J | A | |
| 225. - Vanguard Total Bond Market BND | A | Dividend | J | T | Buy (add'l) | 10/10/17 | J | | |
| 226. - Vanguard Total Stock Market ETF | A | Dividend | K | T | Buy (add'l) | 10/10/17 | K | | |
| 227. - Vanguard Mid Cap Value Index Fund | A | Dividend | | | Sold | 10/10/17 | J | A | |
| 228. IRA #6 (H) | | | | | | | | | |
| 229. - Invesco Global Real Estate | A | Dividend | K | T | Buy (add'l) | 04/06/17 | J | | |
| 230. | | | | | Sold (part) | 01/13/17 | J | | |
| 231. - Deutsche Secs TR Enhanced Commodity Strat FD Instl Class | A | Dividend | J | T | Buy (add'l) | 03/06/17 | J | | |
| 232. - Columbia Select Large Cap Growth Fund CL Z | C | Dividend | K | T | Buy (add'l) | 04/06/17 | J | | |
| 233. | | | | | Sold (part) | 07/14/17 | J | | |
| 234. - Eaton Vance Mutual FDS Trust Global Macro Abslt Return Advtg FD | A | Dividend | J | T | Buy (add'l) | 04/06/17 | J | | |
| 235. - Goldman Sachs TR Finl Square Treas Instrs FD Inst CL | A | Dividend | | | Sold (part) | 01/13/17 | J | | |
| 236. | | | | | Sold | 04/06/17 | J | | |
| 237. - John Hancock FDS II Global Absolute Return Strategies FD CL I | | None | J | T | Buy (add'l) | 04/06/17 | J | | |
| 238. - Hotchkis & Wiley FDS Mid Cap Value FD CL I | A | Dividend | J | T | Sold (part) | 04/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. - John Hancock Funds II Absolute Return Currency FD CL I | | None | J | T | Sold (part) | 04/06/17 | J | A | |
| 240. - Aberdeen Total Return Bnd Fund CL I | B | Dividend | | | Buy (add'l) | 04/06/17 | J | | |
| 241. | | | | | Buy (add'l) | 04/07/17 | J | | |
| 242. | | | | | Sold | 05/11/17 | K | | |
| 243. - MFS Ser TR I Value FD | B | Dividend | K | T | Sold (part) | 04/06/17 | J | A | |
| 244. - MFS Ser TR X Emerging Mkts Debt FD CL I | A | Dividend | K | T | Buy (add'l) | 04/06/17 | J | | |
| 245. - JP Morgan TR I US Large Cap Core Plus FD SEL CL | D | Dividend | K | T | Sold (part) | 04/06/17 | J | | |
| 246. - Neuberger Berman Alternative FDs Long Short FD Instl CL | | None | J | T | | | | | |
| 247. - American Europacific Growth FU CL F2 | B | Dividend | K | T | Sold (part) | 04/06/17 | J | | |
| 248. | | | | | Sold (part) | 10/13/17 | J | A | |
| 249. - Investment Managers SER TR Oak Ridge Small CP Growth FD CL I | | None | | | Buy (add'l) | 04/06/17 | J | | |
| 250. | | | | | Sold | 10/10/17 | K | | |
| 251. - Oppenheimer Dev Mkts CL Y | A | Dividend | K | T | Sold (part) | 04/06/17 | J | A | |
| 252. - Oppenhiemer Intl BD FD CL Y | A | Dividend | J | T | Buy (add'l) | 04/06/17 | J | | |
| 253. - Principal FDS Inc High Yield FD Instl CL | B | Dividend | K | T | Buy (add'l) | 04/06/17 | J | | |
| 254. | | | | | Sold (part) | 04/06/17 | J | A | |
| 255. - Victory Sycamore Small Co Oppty FD CL I | A | Dividend | K | T | Sold (part) | 04/06/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. - AQR FDS Managed Futures Strategy FL CL I | | None | J | T | Buy (add'l) | 04/06/17 | J | | |
| 257. - Principal FDS Inc Global Multi Strategy FD Instl CL | A | Dividend | J | T | | | | | |
| 258. - Wells Fargo Funds TR Special Mid Cap Value FD CL I | A | Dividend | J | T | Sold (part) | 04/06/17 | J | A | |
| 259. - American Century Invt TR Diversified BD FD | A | Dividend | K | T | Buy | 05/11/17 | K | | |
| 260. | | | | | Buy (add'l) | 05/12/17 | J | | |
| 261. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 262. | | | | | Buy (add'l) | 10/11/17 | J | | |
| 263. -Brown Advisory FDS Small Cap Growth FD | A | Dividend | K | T | Buy | 10/10/17 | K | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; (See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; (See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market; (See Column C2) U =Book Value; V =Other; W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Asset listed in Part VII, Line 118, has rental activity from property located in Middletown, DE. This asset was purchased in 2004 for $80,925. This asset was sold June 14, 2017 to Debra Delaware LP and Debra Delaware LLC.

Asset listed in Part VII, Line 117, has rental activity from property located near Newark, DE.

Asset listed in Part VII, Line 182, has rental activity from property located in New Castle County, DE.

Assets listed in Part VII, under IRA Account #2 as open were transferred from IRA Account #3. IRA Account #3 account was closed during 2017.

Assets listed in Part VII, under Trust Account #12 as open were transferred from Trust Account #15. Trust Account #15 was closed during 2017.

Asset listed in Part VII, line 145, Enbridge Inc., was Spectra Energy on prior report. Spectra Energy and Midcoast Energy Partners merged with Enbridge Inc during 2017. This asset was transferred to Trust Account #12 as stated above.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Thomas L. Ambro

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544